UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
NewRez, LLC d/b/a Shellpoint Mortgage Servicing

**Order Filed on August 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-23265 VFP

In Re:

    Deborah A. LaCorte,

Debtor.

Adv. No.:

Hearing Date:  7/18/19 @ 10:00 a.m.

Judge:  Vincent F. Papalia

## ORDER CURING POST-PETITOIN ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (2) is hereby **ORDERED.**

**DATED: August 30, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Deborah A. LaCorte
Case No:  18-23265 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, NewRez, LLC d/b/a Shellpoint Mortgage Servicing, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 91 Fieldstone Drive, Ringwood, NJ 07456, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Harvey I. Marcus, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 12, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2019 through August 2019 for a total post-petition default of $4,739.86 (1 @ $2,004.06, 2 @ $2,038.69 less $1,341.58 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,739.86 will be paid by Debtor remitting $789.97 per month for five months and $790.01 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on September 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2019, directly to Secured Creditor's servicer, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville SC 29603-0675 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.