| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Harvey I. Marcus (21758)<br>250 Pehle Avenue, Suite 200<br> Saddle Brook, NJ 07663<br>him@lawmarcus.com<br>Tel. 800-792-5500<br>Fax. 888-565-0403<br>Attorney for Debtor(s) | **Order Filed on October 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 18-23265<br><br>Adv. No.<br><br>Hearing Date: October 17, 2019<br>Judge: Vincent F Papalia |
| In Re:<br><br>Deborah A LaCorte,<br>          Debtor(s). | |

**ORDER**
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

04/08/02

**(Page 2)**
Debtor(s): Deborah A LaCorte
Case No: 18-23265
Caption of Order: Order Withdrawing as Attorney

Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

**ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah A LaCorte  
     Debtor

Case No. 18-23265-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.  
db            +Deborah A LaCorte,    91 Fieldstone Dr,    Ringwood, NJ 07456-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:

         Charles G. Wohlrab     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
          cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com  
         Charles G. Wohlrab     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPOLAND MORTGAGE LOAN TRUST A cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com  
         Denise E. Carlon     on behalf of Creditor     NewRez, LLC d/b/a Shellpoint Mortgage Servicing  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Harvey I. Marcus     on behalf of Debtor Deborah A LaCorte him@lawmarcus.com  
         Kevin Gordon McDonald     on behalf of Creditor     New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 7