Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2023

#### Chapter 13 Case # 18-23265

Re:   DEBORAH A LACORTE                                           Atty:   PRO SE
      91 FIELDSTONE DR                                                    ,
      RINGWOOD, NJ  07456


**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/13/2018 | $702.00 | 5067283000 | 08/03/2018 | $702.00 | 5123365000 |
| 09/06/2018 | $702.00 | 5212635000 | 10/09/2018 | $641.00 | 5298011000 |
| 11/08/2018 | $641.00 | 5378823000 | 12/10/2018 | $641.00 | 5456687000 |
| 01/10/2019 | $641.00 | 5533123000 | 02/19/2019 | $641.00 | 5625978000 |
| 03/18/2019 | $641.00 | 5711778000 | 04/17/2019 | $641.00 | 5788080000 |
| 05/17/2019 | $641.00 | 5865817000 | 06/17/2019 | $641.00 | 5946288000 |
| 07/17/2019 | $641.00 | 6021316000 | 08/29/2019 | $641.00 | 6129976000 |
| 10/01/2019 | $641.00 | 6216353000 | 11/01/2019 | $641.00 | 6292769000 |
| 12/16/2019 | $641.00 | 6404640000 | 02/03/2020 | $641.00 | 6525878000 |
| 03/02/2020 | $641.00 | 6602056000 | 04/06/2020 | $641.00 | 6690086000 |
| 05/04/2020 | $641.00 | 6767111000 | 06/08/2020 | $641.00 | 6848831000 |
| 06/16/2020 | $641.00 | 6868239000 | 06/26/2020 | $641.00 | 6890544000 |
| 07/06/2020 | $641.00 | 6914630000 | 08/03/2020 | $641.00 | 6986516000 |
| 09/02/2020 | $641.00 | 7057766000 | 10/02/2020 | $641.00 | 7133002000 |
| 11/03/2020 | $641.00 | 7207017000 | 12/03/2020 | $641.00 | 7281525000 |
| 01/06/2021 | $641.00 | 7360811000 | 02/05/2021 | $641.00 | 7434725000 |
| 03/03/2021 | $641.00 | 7497594000 | 04/06/2021 | $641.00 | 7581069000 |
| 05/04/2021 | $641.00 | 7649757000 | 06/03/2021 | $641.00 | 7717364000 |
| 07/06/2021 | $641.00 | 7788666000 | 08/03/2021 | $641.00 | 7854971000 |
| 09/03/2021 | $641.00 | 7924922000 | 10/05/2021 | $641.00 | 7995460000 |
| 11/03/2021 | $641.00 | 8059793000 | 12/06/2021 | $641.00 | 8126672000 |
| 01/04/2022 | $641.00 | 8187645000 | 02/04/2022 | $641.00 | 8255869000 |
| 03/04/2022 | $641.00 | 8318568000 | 04/05/2022 | $641.00 | 8387251000 |
| 05/04/2022 | $641.00 | 8446662000 | 06/03/2022 | $641.00 | 8507090000 |
| 07/05/2022 | $641.00 | 8571196000 | 08/03/2022 | $641.00 | 8627935000 |
| 09/06/2022 | $641.00 | 8689327000 | 10/04/2022 | $641.00 | 8747840000 |
| 11/02/2022 | $641.00 | 8802889000 | 12/05/2022 | $641.00 | 8863690000 |
| 01/04/2023 | $641.00 | 8918910000 | 02/03/2023 | $641.00 | 8977876000 |
| 03/03/2023 | $641.00 | 9033468000 | 04/04/2023 | $641.00 | 9093070000 |
| 05/03/2023 | $641.00 | 9147320000 | 06/02/2023 | $641.00 | 9199230000 |

**Total Receipts:  $38,643.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $38,643.00**

**Chapter 13 Case # 18-23265**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,198.02 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,400.00 | 100.00% | 2,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE BANK (USA) NA | UNSECURED | 6,353.44 | 100.00% | 5,932.58 | 420.86 |
| 0003 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CREDENCE RESOURCE MANAGEMENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 25,298.81 | 100.00% | 25,298.81 | 0.00 |
| 0006 | SANTANDER CONSUMER USA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 1,652.44 | 100.00% | 1,542.98 | 109.46 |
| 0011 | PINNACLE CREDIT SERVICES LLC | UNSECURED | 150.22 | 100.00% | 140.27 | 9.95 |
| 0012 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | US BANK TRUST NATIONAL ASSOC | (NEW) MTG Agree | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $38,043.66**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 06/20/2022 | $235.30 | 892672 | | 07/18/2022 | $481.85 | 894394 |
| | 08/15/2022 | $481.84 | 895968 | | 09/19/2022 | $481.84 | 897565 |
| | 10/17/2022 | $481.85 | 899232 | | 11/14/2022 | $471.86 | 900808 |
| | 12/12/2022 | $471.87 | 902364 | | 01/09/2023 | $471.86 | 903846 |
| | 02/13/2023 | $471.86 | 905376 | | 03/13/2023 | $471.86 | 906989 |
| | 04/17/2023 | $471.86 | 908575 | | 05/15/2023 | $471.86 | 910195 |
| | 06/12/2023 | $466.87 | 911659 | | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 06/20/2022 | $61.20 | 892674 | | 07/18/2022 | $125.32 | 894396 |
| | 08/15/2022 | $125.32 | 895970 | | 09/19/2022 | $125.33 | 897567 |
| | 10/17/2022 | $125.31 | 899234 | | 11/14/2022 | $122.73 | 900810 |
| | 12/12/2022 | $122.72 | 902366 | | 01/09/2023 | $122.73 | 903848 |
| | 02/13/2023 | $122.72 | 905378 | | 03/13/2023 | $122.72 | 906991 |
| | 04/17/2023 | $122.73 | 908577 | | 05/15/2023 | $122.72 | 910198 |
| | 06/12/2023 | $121.43 | 911662 | | | | |
| NEW PENN FINANCIAL LLC | | | | | | | |
| | 11/19/2018 | $630.43 | 813142 | | 12/17/2018 | $604.46 | 815020 |
| | 01/14/2019 | $604.46 | 816947 | | 02/11/2019 | $604.46 | 818846 |
| | 04/15/2019 | $604.46 | 822817 | | 05/20/2019 | $1,208.92 | 824786 |
| | 06/17/2019 | $615.36 | 826853 | | 08/19/2019 | $830.72 | 830585 |
| PINNACLE CREDIT SERVICES LLC | | | | | | | |
| | 06/20/2022 | $5.56 | 892121 | | 07/18/2022 | $11.39 | 893884 |
| | 08/15/2022 | $11.40 | 895454 | | 09/19/2022 | $11.39 | 897023 |
| | 10/17/2022 | $11.39 | 898725 | | 11/14/2022 | $11.16 | 900299 |
| | 12/12/2022 | $11.16 | 901881 | | 01/09/2023 | $11.15 | 903374 |
| | 02/13/2023 | $11.16 | 904876 | | 03/13/2023 | $11.16 | 906504 |
| | 04/17/2023 | $11.15 | 908058 | | 05/15/2023 | $11.16 | 909731 |
| | 06/12/2023 | $11.04 | 911182 | | | | |

**Chapter 13 Case # 18-23265**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK TRUST NA | | | | | | |
| | 10/01/2019 | ($830.72) | 0 | 10/21/2019 | $36.64 | 834946 |
| | 10/21/2019 | $1,409.44 | 834946 | 11/18/2019 | $592.27 | 837046 |
| | 11/18/2019 | $15.40 | 837046 | 12/16/2019 | $15.40 | 838974 |
| | 12/16/2019 | $592.27 | 838974 | 02/10/2020 | $592.27 | 842734 |
| | 02/10/2020 | $15.40 | 842734 | 03/16/2020 | $15.40 | 844593 |
| | 03/16/2020 | $592.27 | 844593 | 04/20/2020 | $592.27 | 846546 |
| | 04/20/2020 | $15.40 | 846546 | 05/18/2020 | $14.62 | 848495 |
| | 05/18/2020 | $562.28 | 848495 | 06/15/2020 | $562.28 | 850173 |
| | 06/15/2020 | $14.62 | 850173 | 07/20/2020 | $30.04 | 851936 |
| | 07/20/2020 | $1,155.80 | 851936 | 08/17/2020 | $1,155.80 | 853819 |
| | 08/17/2020 | $30.04 | 853819 | 09/21/2020 | $15.02 | 855588 |
| | 09/21/2020 | $577.90 | 855588 | 10/19/2020 | $577.90 | 857494 |
| | 10/19/2020 | $15.02 | 857494 | 11/16/2020 | $15.02 | 859292 |
| | 11/16/2020 | $577.90 | 859292 | 12/21/2020 | $577.90 | 861071 |
| | 12/21/2020 | $15.02 | 861071 | 01/11/2021 | $15.02 | 862938 |
| | 01/11/2021 | $577.90 | 862938 | 02/22/2021 | $577.90 | 864505 |
| | 02/22/2021 | $15.02 | 864505 | 03/15/2021 | $15.02 | 866444 |
| | 03/15/2021 | $577.90 | 866444 | 04/19/2021 | $577.90 | 868032 |
| | 04/19/2021 | $15.02 | 868032 | | | |
| US BANK TRUST NATIONAL ASSOC | | | | | | |
| | 05/17/2021 | $15.02 | 869737 | 05/17/2021 | $577.90 | 869737 |
| | 06/21/2021 | $587.27 | 871494 | 06/21/2021 | $15.27 | 871494 |
| | 07/19/2021 | $15.27 | 873358 | 07/19/2021 | $587.27 | 873358 |
| | 08/16/2021 | $587.27 | 875049 | 08/16/2021 | $15.27 | 875049 |
| | 09/20/2021 | $15.27 | 876766 | 09/20/2021 | $587.27 | 876766 |
| | 10/18/2021 | $587.27 | 878570 | 10/18/2021 | $15.27 | 878570 |
| | 11/17/2021 | $15.43 | 880277 | 11/17/2021 | $593.52 | 880277 |
| | 12/13/2021 | $593.52 | 881939 | 12/13/2021 | $15.43 | 881939 |
| | 01/10/2022 | $15.43 | 883581 | 01/10/2022 | $593.52 | 883581 |
| | 02/14/2022 | $593.52 | 885245 | 02/14/2022 | $15.43 | 885245 |
| | 03/14/2022 | $15.43 | 886988 | 03/14/2022 | $593.52 | 886988 |
| | 04/18/2022 | $602.89 | 888642 | 04/18/2022 | $15.67 | 888642 |
| | 05/16/2022 | $15.67 | 890419 | 05/16/2022 | $602.89 | 890419 |
| | 06/20/2022 | $308.48 | 892067 | 06/20/2022 | $8.02 | 892067 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 10, 2023.

Receipts: $38,643.00   -   Paid to Claims: $33,445.64   -   Admin Costs Paid: $4,598.02   =   Funds on Hand: $599.34

Unpaid Balance to Claims: $540.27   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **($59.07)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.