UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEW JERSEY

JUN 26 2023

In Re: Deborah A. La Corte  
Marie-Ann Greenberg MAG-1284  
Chapter 13 Standing Trustee  
30 Two Bridges Road, Suite 300  
Fairfield, NJ  07004-1550

U.S. BANKRUPTCY COURT  
FILED  
NEWARK, NJ  
2023 JUL 10 P 1:48  
JEANNE A. NAUGHT  
BY: /s/  
DEPUTY CLERK

Case No.: 18-23265 VFP  
Judge: Vincent F. Papalia  
Chapter: 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Deborah A. La Corte_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 91 Fieldtone Drive, Ringwood, NJ  07456

4. The name and address of my current employer is (enter NONE if not currently employed):

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 23, 2023

_Deborah A. La Corte_  
Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*

Deborah A. La Corte
91 Fieldstone Drive
Ringwood, NJ  07456

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JUL 10  P 1:45

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

US Bankruptcy Court
District of New Jersey
P.O. Box 1352
Newark, NJ  07101-1352


