**FILED**
JEANNE A. NAUGHTON, CLERK
SEP 0 1 2023
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

Certificate Number: 20476-NJ-DE-037715225

Bankruptcy Case Number: 18-23265



20476-NJ-DE-037715225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 27, 2023</u>, at <u>5:20</u> o'clock <u>AM EDT</u>, <u>Deborah A LaCorte</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   August 28, 2023              By:    /s/Scott E Kehiaian

                                     Name:  Scott E Kehiaian

                                     Title: TEN Representative